**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Dacey Maurice JONES, Defendant–**
**Appellant.**

**No. 02–7234.**

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 10, 2002.

Decided Oct. 21, 2002.

Dacey Maurice Jones, Appellant Pro Se. Lisa Blue Boggs, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Dacey Maurice Jones seeks to appeal the district court's order denying as untimely his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and dismiss the appeal for the reasons stated by the district court. *See United States v. Jones,* Nos. CR–97–250; CA–00–615–1 (M.D.N.C. filed July 26, 2000; entered July 29, 2002). We deny a certificate of appealability. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*